UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISTEEN E. FOOTE,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>            Defendant. | NO:  CV-13-3116-FVS<br><br>ORDER FOR REMAND |

BEFORE THE COURT is the parties' Stipulation for Remand. ECF No. 21. After consideration,

**IT IS ORDERED** that the stipulated motion is **GRANTED**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to: (1) obtain a physical consultative examination and medical source statement; (2) further evaluate all relevant evidence of record, including the opinions of Paul Schmitt, M.D., and Richard A. Hutson, M.D., and

ORDER FOR REMAND ~ 1

give reasons for weight assigned in accordance with 20 C.F.R. § 416.927; (3) further evaluate the claimant's subjective complaints; (4) further evaluate claimant's maximum residual functional capacity; (5) further evaluate whether the claimant can perform other occupations in the national economy on a sustained basis; and (6) obtain supplemental vocational expert testimony, as necessary.

The ALJ will hold a new hearing and issue a new decision. Plaintiff may present new arguments and evidence. The ALJ may further develop the record and conduct additional proceedings as necessary.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 29th day of July, 2014.

>                   *s /Fred Van Sickle*
>                      Fred Van Sickle
>               Senior United States District Judge